IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAURA SCOTT, individually, and as Mother and Next Friend of S.S., a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>ABOVE PAR TRANSPORTATION, INC., and SAMUEL D. JOHNSON,<br><br>Defendants. | No. CIV-15-53-C |

## MEMORANDUM OPINION AND ORDER

Before the Court is Defendant Above Par Transportation, Inc.'s Motion for Partial Summary Judgment (Dkt. No. 20), filed on December 30, 2015. Defendant's Motion argues that Above Par Transportation is entitled to judgement as a matter of law with respect to Plaintiffs' claims of negligent hiring, training, supervision, and retention. Plaintiffs responded (Dkt. No. 21) and conceded Defendant's arguments.

Accordingly, Defendant Above Par Transportation, Inc.'s Motion for Partial Summary Judgment (Dkt. No. 20) is GRANTED. A judgment will enter at the conclusion of the case.

IT IS SO ORDERED this 25th day of January, 2016.

_____
ROBIN J. CAUTHRON
United States District Judge